| | |
|---|---|
| 1 | Your name: David P. Wasserman |
| 2 | Address: 2960 Van Ness Avenue |
| 3 | San Francisco, CA 94109 |
| 4 | Phone Number: (415) 567-9600 |
| 5 | E-mail Address: dwasserman@wassermanstern.com |
| 6 | Pro se Plaintiff |

**GRANTED**
Judge Yvonne Gonzalez Rogers
11/22/2017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☒ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

Mosser Co. Property Mgmt Mer 3rd party Cable Car Court Hotel

Plaintiff,

vs.

Robert Eberwien, Chalepeeannka Deborah Ann Goyes

Defendant.

Case Number: CV-17-5707-YGR

**NOTICE OF VOLUNTARY DISMISSAL OF**

[check one]

☒ **THIS ENTIRE CASE**

☐ **ONLY DEFENDANT** [name]

Hon.

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss:

☒ this entire case.

☐ only Defendant [name]

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Date: 11/13/17  Sign Name: _____

Print Name: David P. Wasserman

NOTICE OF VOLUNTARY DISMISSAL
Case No. CV-17-5707-YGR                                    *[JDC TEMPLATE]*

# CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

*You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.*

1. **Case Name:** MOSSER CO, PROPERTY v. ROBERT EBERWEIN, ET AL

2. **Case Number:** CV-17-5707-YGR

3. **What documents were served?**

   Notice of Voluntary Dismissal

4. **How was the document served?** *[check one]*

   [✔] Placed in U.S. Mail

   [ ] Hand-delivered

   [ ] Sent for delivery (e.g., FedEx, UPS)

   [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

   | | |
   |---|---|
   | Robert Eberwein | Chaledeeannka Deborah Anny Goyens |
   | 1499 California St #310 | 1499 California St, #310 |
   | SF CA 94109 | SF CA 94109 |

6. **When were the documents sent?** 11/13/17

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: _____

   Name: LINDA CIKES

   Address: 2960 Van Ness Avenuw

   San Francisco, CA 94109

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*